IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS A MUNN,

    Petitioner,

v.                                        CASE NO. 4:04-cv-00154-MP-AK

ATTORNEY GENERAL CHARLES CRIST,
JAMES V CROSBY, JR,

    Respondents.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed.  The time for filing objections has passed and none have been filed.  The Court agrees with the Magistrate Judge that the Parole Commission, in revoking all of Mr. Munn's gain time after he violated parole did not change any specific procedure and thus nothing was applied retroactively.  Therefore the petitioner's Ex Post Facto claim is without merit.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *20th*   day of June, 2007

                                       *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge